# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CROSSTEX ENERGY SERVICES,                    NO.  2022 CW 1101
L.P., CROSSTEX LIG, LLC, AND
CROSSTEX PROCESSING
SERVICES, LLC

VERSUS

TEXAS BRINE COMPANY, LLC, ET          **DECEMBER 29, 2022**
AL.

---

In Re:   Texas Brine Company, LLC, applying for supervisory
         writs, 23rd Judicial District Court, Parish of
         Assumption, No. 34202.

---

**BEFORE:   GUIDRY, McDONALD, AND HOLDRIDGE, JJ.**

   **WRIT   DENIED.** The   criteria   set   forth   in **Herlitz
Construction  Co.,  Inc.  v.  Hotel  Investors  of  New  Iberia,
Inc.**, 396 So.2d 878 (La. 1981) *(per curiam)*, are not met. At
the trial on the merits, Relator may proffer evidence of all
alleged "response costs" that it argues should be reimbursed.

                         **JMG**
                         **JMM**
                         **GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
   DEPUTY CLERK OF COURT
      FOR THE COURT